IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 20-cv-02674-CMA-MEH

USA TAEKWONDO, INC.

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.

**ORDER**

This matter is before the Court on the Motion to Substitute Plaintiffs and Stay Case Pending Arbitration (Doc. # 18). The Motion is granted for the following reasons.

In Civil Action No. 18-cv-00981-CMA-MEH (D. Colo.), five female athletes are suing USA Taekwondo, Inc. ("USAT") alleging abuse by its coaches and other athletes. Defendant is one of several insurers that sold USAT policies potentially relevant to the abuse claims. USAT brought this lawsuit alleging that Defendant unreasonably failed to defend it in the underlying litigation and to provide coverage under the insurance policy.

The plaintiffs in Case No. 19-cv-00981-CMA-MEH now seek to be substituted for USAT as the plaintiffs in this case. (Doc. # 18). The proposed plaintiffs also seek to stay proceedings in this case pending the outcome of an arbitration between the proposed plaintiffs and USAT. They represent that USAT has assigned its interest in this lawsuit to the proposed plaintiffs and that the parties have agreed to arbitration of the

underlying lawsuit. (Doc. # 18, ¶ 8). Defendant does not oppose substitution and has not filed a response to the request for a stay.

Fed. R. Civ. P. 25(c) permits the substitution of parties upon the transfer of interest. The decision whether one party may substitute for another is a matter left for the trial court's discretion. *Luxliner P.L. Export Co. v. RDI/Luxliner, Inc.*, 13 F.3d 69, 71–72 (3rd Cir. 1993); *Zinna v. Congrove*, No. 05-cv-01016-PAB, 2019 WL 1236725, at *11 (D. Colo. March 18, 2019). In the exercise of that discretion, the Court finds that the proposed plaintiffs have demonstrated the required transfer of interest and shown that they are the plaintiffs-in-interests in this matter. They have further demonstrated that a stay pending arbitration is warranted in the interests of fairness and judicial economy.

///

///

///

Therefore, the Motion to Substitute Plaintiffs and Stay Case Pending Arbitration (Doc. # 18) is GRANTED. The case caption shall now read as follows:

Civil Action No. 20-cv-02674-CMA-MEH

AMBER MEANS, GABY JOSLIN,
MANDY MELOON, HEIDI GILBERT,
and KAY POE,
by assignment from USA Taekwondo, Inc.,

    Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.

DATED:  August 11, 2021

                      BY THE COURT:

                      _____
                      CHRISTINE M. ARGUELLO
                      United States District Judge